UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343

21 USC 846(a)(1)
21 USC 841
18 USC

CR-ZLOCH
MAGISTRATE JUDGE
SELTZER

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          )
v.                        )
                          )
LINDON JOHNSON,           )
 a/k/a "Pablo,"           )
 a/k/a "Tommy",           )
MOSI GRANT,               )
 a/k/a "Pepe,"            )
 a/k/a "Spanky,"          )
RICKY MOTEN,              )
VINCENT HAUGHTON,         )
 a/k/a "Junior," and      )
TAMEKA JOHNSON,           )
                          )
        Defendants.       )
_____ )

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about September 1, 1999, through on or about March 2, 2000, the exact dates being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere, the defendants,



> LINDON JOHNSON,
> a/k/a "Pablo,"
> a/k/a "Tommy",
> MOSI GRANT,
> a/k/a "Pepe,"
> a/k/a "Spanky,"
> RICKY MOTEN,
> VINCENT HAUGHTON,
> a/k/a "Junior," and
> TAMEKA JOHNSON,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to distribute Schedule II controlled substances, that is, at least five (5) kilograms of a mixture and substance containing cocaine and at least fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack" cocaine, and a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 16, 2000, at Broward County, in the Southern District of Florida and elsewhere, the defendants,

> LINDON JOHNSON,
> a/k/a "Pablo,"
> a/k/a "Tommy", and
> VINCENT HAUGHTON,
> a/k/a "Junior,"

2

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

COUNT III

On or about March 2, 2000, at Broward County, in the Southern District of Florida and elsewhere, the defendants,

> 1 LINDON JOHNSON,
>   a/k/a "Pablo,"
>   a/k/a "Tommy",
> 2 MOSI GRANT,
>   a/k/a "Pepe,"
>   a/k/a "Spanky,"
> 3 RICKY MOTEN, and
> 5 TAMEKA JOHNSON,

did knowingly and intentionally possess with intent to distribute Schedule II controlled substances, that is, at least five (5) kilograms of a mixture and substance containing cocaine, and at least fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack" cocaine; in violation

3

of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA  
v.  

LINDON JOHNSON, et al

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***  
**Superseding Case Information**:

**Court Division**: (Select One)

___ Miami ___ Key West  
X  FTL  ___ WPB ___ FTP

New Defendant(s)          Yes ___ No ___  
Number of New Defendants     ___  
Total number of counts       ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:          (Yes or No) No  
   List language and/or dialect     English

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:  
   (Check only one)                                    (Check only one)

   I    0 to 5 days        X        Petty       ___  
   II   6 to 10 days       ___      Minor       ___  
   III  11 to 20 days      ___      Misdem.     ___  
   IV   21 to 60 days      ___      Felony       X  
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) No  
   If yes:  
   Judge: _____  Case No. _____  
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _____ No _____  
   If yes:  
   Magistrate Case No. _____  
   Related Miscellaneous numbers:_____  
   Defendant(s) in federal custody as of_____  
   Defendant(s) in state custody as of _____  
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _Yes  X  No  If yes, was it pending in the Central Region? _ Yes  X  No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes  X  No

------------------------------------------------  
TERRENCE J. THOMPSON  
ASSISTANT UNITED STATES ATTORNEY  
Court Bar No. A5500063

*Penalty Sheet(s) attached                                    REV.6/27/00

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: LINDON JOHNSON             NO._____

Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana

*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine

Count #II: 21 U.S.C. §841(a)(1); Possession with intent to distribute marijuana

Max. Penalty:   Twenty (20) years' imprisonment; and a $1,000,000 fine

Count #III: 21:841(a)(1); Possession with intent to distribute cocaine and crack cocaine
*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine

Count#:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: MOSI GRANT  NO.

Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana

*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine

Count #III: 21:841(a)(1); Possession with intent to distribute cocaine and crack cocaine
*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine

Count #:

*Max. Penalty:

Count #:
*Max. Penalty:

Count #:

Max. Penalty:

Count #:

*Max. Penalty:

Count #:

Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**PENALTY SHEET**

Defendant's Name: RICKY MOTEN            NO.

**Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana**

**\*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #III: 21:841(a)(1); Possession with intent to distribute cocaine and crack cocaine**

**\*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #:**
**\*Max. Penalty:**

**Count #:**
**Max. Penalty:**

**Count#:**
**\*Max. Penalty:**

**Count #:**
**\*Max. Penalty:**

**Count #:**
**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: **VINCENT HAUGHTON**         NO. _____

**Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana**

**\*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine**

**Count #II: 21 U.S.C. §841(a)(1); Possession with intent to distribute marijuana**

Max. Penalty:   Twenty (20) years' imprisonment; and a $1,000,000 fine

**Count #:** _____
**\*Max. Penalty:** _____

**Count #:** _____
Max. Penalty: _____

**Count#:** _____
**\*Max. Penalty:** _____

Count #: _____
\*Max. Penalty: _____

**Count #:** _____
**\*Max. Penalty:** _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: TAMEKA JOHNSON          NO._____

Count #I: 21 U.S.C. §846; Conspiracy to distribute cocaine, crack cocaine, and marijuana

*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine

Count #III: 21:841(a)(1); Possession with intent to distribute cocaine and crack cocaine

*Max. Penalty: Life imprisonment; Ten (10) years' mandatory minimum sentence and a $4,000,000 fine

Count #:

*Max. Penalty:

Count #:

Max. Penalty:

Count#:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

FL 04117

FGJ 00-01(FTL)

00-6343-'h
71064