AO 442 (Rev. 12/85) Warrant for Arrest   AUSA TERRENCE J. THOMPSON   DEA S/A Doug McElwain 489-1889

## *United States District Court*

_____SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

RICKY MOTEN

**TO:** The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

**CASE NUMBER:**

00-6343
CR-ZLOCH
MAGISTRATE JUDGE

YOU ARE HEREBY COMMANDED to arrest _____ RICKY MOTEN   SELTZER
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  Conspiracy to possess with intent to distribute and possession with intent to distribute cocaine, crack cocaine, and marijuana

in violation of Title __21__ United States Code, Section(s) 846, and 841(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

_[signature]_

Bail fixed at $ Pre-trial Detention Recommended     By LURANA S. SNOW, U.S. Magistrate Judge
                                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |