## IN THE DISTRICT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

**Transmittal Letter to:**  Date: 12/27/00
Clerk US District Court
United States Courthouse       USA vs. Ricky Moten
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Our Case#: 3:00m273

Your Case#: 00-6343

Attached herewith are Magistrate papers in connections with the above-referenced defendant. These papers include:

(x) Copy of Courtroom Minutes
(x) Commitment to Another District
( ) Order Holding Defendant to Answer
(x) Waiver of Rule 40 Hearings
( ) Order of Detention Pending Trial
( ) Appearance Bond
( ) Order Setting Conditions of Release
( ) CJA/23 Financial Affidavit
(x) CJA/20 Appointment of Counsel
(x) Other: Docket Sheet

Please acknowledge receipt of these papers by signing the duplicate of this letter and returning the same to me.

Return to:

Clerk, U.S. District Court
Western District of North Carolina
401 West Trade Street, Room 218
Charlotte, NC 28202

Attn: MICHELLE ANDERTON

Michelle Anderton
Deputy Clerk

Enclosures



# IN THE DISTRICT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**Transmittal Letter to:**  Date: 12/27/00
Clerk US District Court
United States Courthouse   USA  vs. Ricky Moten
299 East Broward Boulevard
Fort Lauderdale, FL 33301

Our Case#: 3:00m273

Your Case#: 00-6343

Attached herewith are Magistrate papers in connections with the above-referenced defendant. These papers include:

- (x) Copy of Courtroom Minutes
- (x) Commitment to Another District
- ( ) Order Holding Defendant to Answer
- (x) Waiver of Rule 40 Hearings
- ( ) Order of Detention Pending Trial
- ( ) Appearance Bond
- ( ) Order Setting Conditions of Release
- ( ) CJA/23 Financial Affidavit
- (x) CJA/20 Appointment of Counsel
- (x) Other: Docket Sheet

Please acknowledge receipt of these papers by signing the duplicate of this letter and returning the same to me.

Return to:

Clerk, U.S. District Court
Western District of North Carolina
401 West Trade Street, Room 218
Charlotte, NC 28202

Attn: MICHELLE ANDERTON

_____
Deputy Clerk

Enclosures

Ricky Moten

**DEFENDANT**  _Locke Bell_

**CRIMINAL CASE NUMBER**
3:00M273

**DEFENSE COUNSEL** [X] appointed [ ] retained  **MAGISTRATE CASE NUMBER**

Date Filed: _____  [ ] Indictment: _____
[ ] Complaint: _____   R 40
[ ] Information: _____   FL
Counts: _____
Title: _____
Section: _____

Date Arrested: _____
Date Bond Set: _____
Bond Conditions: _____

Detention Hearing Set: _____

**INITIAL APPEARANCE HEARING**: Date: 12-13-00  Time: 2:25 to 2:30  Division: 0419-3
Counsel present: Deft: _____  Govt: Tompkins  Judge: Horn  Court Reporter: TOB

Defendant received cc: [X] Indictment [ ] Information [ ] Complaint. Defendant understands charges: yes
Defendant understands right to counsel: [X] yes [ ] no. Defendant requests court-appointed counsel: yes
CJA/23: _____ Defendant sworn: _____ [X] Allowed [ ] Denied.
Government moves: _det_

Notes: _____

**PROBABLE CAUSE HEARING**: Date: _____ Time: _____ to _____ Division: _____
Counsel present: Deft: _____ Govt: _____ Judge: _____ Court Reporter: _____
Government Witnesses
1) _____
2) _____
3) _____
Government Exhibits
1) _____
2) _____
3) _____

Defense Witnesses
1) _____
2) _____
3) _____
Defense Exhibits
1) _____
2) _____
3) _____

Court Finds Probable Cause: [ ] YES  [ ] NO

**DETENTION HEARING**: Date: 12/18/00  Time: 3:18 to 3:24  Division: c4k 13
Counsel present: Deft: Locke Bell  Govt: Brian Cromwell  Judge: McKnight  Court Reporter: mgal +714
Government Witnesses
1) _____
2) _____
3) _____
Government Exhibits  _dft waives identity hrg_
1) _____
2) _____
3) _dft consents to det request hrg in Florida waives time limits_

Defense Witnesses
1) _____
2) _____
3) _____
Defense Exhibits
1) _____
2) _____
3) _____

Detention Ordered: [ ] YES  [ ] NO  Bond Set at: _____

**ARRAIGNMENT**: Date: _____ Time: _____ to _____ Division: _____
Counsel present: Deft: _____ Govt: _____ Judge: _____ Court Reporter: _____
Plea:
Not Guilty - Jury Trial Requested [ ]
Not Guilty - Jury Trial Waived [ ]
Guilty as to Counts: _____ [ ]
Nolo Contendere: _____ [ ]

DATE AND PLACE SET FOR TRIAL:

```
                                                          CLOSED
                         U.S. District Court
             Western District of North Carolina (Charlotte)

               CRIMINAL DOCKET FOR CASE #: 00-M -273-1


USA v. Moten                                         Filed: 12/13/00
Case Assigned to:  Magistrate Judge Carl Horn, III
Dkt# in other court: None

RICKY MOTEN                         Locke Bell
    defendant                       [COR LD NTC cja]
                                    P.O. Box 481
                                    Gastonia, NC 28053
                                    USA
                                    704/867-7686


Pending Counts:

   NONE


Terminated Counts:

   NONE


Complaints:

   NONE
```

```
Proceedings include all events.
3:00m 273-1 USA v. Moten                                    CLOSED

RICKY MOTEN

            defendant

========================

USA

            plaintiff

U. S. Attorneys:

  NONE
```

```
Proceedings include all events.
3:00m 273-1 USA v. Moten                                          CLOSED

12/13/00 --     ARREST (Rule 40 **FL)of Ricky Moten (tob)
                [Entry date 12/15/00]

12/13/00 --     Initial Appearance as to Ricky Moten  held ; Detention
                Hearing set for 3:30 12/18/00 for Ricky Moten (Defendant
                informed of rights.)   Judge: horn  Court Rptr: tob (tob)
                [Entry date 12/15/00]

12/15/00 1      CJA 20 as to Ricky Moten : Appointment of Attorney Locke
                Bell (tob) [Entry date 12/15/00]

12/18/00 --     Detention Hearing as to Ricky Moten  held  Judge: McKnight
                Court Rptr: mga/4714 (mga) [Entry date 12/19/00]

12/18/00 2      WAIVER of Rule 40 Hearings by Ricky Moten (mga)
                [Entry date 12/19/00]

12/18/00 3      COMMITMENT TO ANOTHER DISTRICT   ( Signed by Magistrate
                Judge H. B. McKnight ) (mga) [Entry date 12/19/00]
```

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| NCW | Moton, Ricky | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 3:00-000273-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| United States v. Moton | Other | Adult Defendant | Criminal Case |

11. **OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense

12. **ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix) **AND MAILING ADDRESS**

Bell, R. Locke
125 East Main Street
P O Box 481
Gastonia NC 28053

Telephone Number:

14. **NAME AND MAILING ADDRESS OF LAW FIRM** (only provide per instructions)

Locke Bell, Attorney at Law
125 East Main Street
P O Box 481
Gastonia NC 28053

13. **COURT ORDER**
- X O Appointing Counsel
- F Subs For Federal Defender
- P Subs For Panel Attorney
- C Co-Counsel
- R Subs For Retained Attorney
- Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, or

Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
Date of Order: 12-15-00   Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.   YES   NO

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and Other work (Specify on additional sheets) | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM _____ TO _____ | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. **CLAIM STATUS**   Final Payment   Interim Payment Number _____   Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   YES   NO   If yes, were you paid?   YES   NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   YES   NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney:   Date:

**APPROVED FOR PAYMENT - COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount | DATE | 34a. JUDGE CODE |
|---|---|---|

DOCUMENT SCANNED

AO 466 (Rev 9/92) Waiver of Rule 40 Hearings

# UNITED STATES DISTRICT COURT

FILED
CHARLOTTE, N. C.

DEC 1 8 2000

U. S. DISTRICT COURT
W. DIST. OF N. C.

Western DISTRICT OF North Carolina

UNITED STATES OF AMERICA

V.

Ricky Moten

**WAIVER OF RULE 40 HEARINGS**
**(Excluding Probation Cases)**

CASE NUMBER: 3:00M273

I, __Ricky Moten__, understand that in the __Southern__ District of __Florida__, charges are pending alleging violation of __Conspiracy (Cocaine, crack cocaine and marijuana)__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(xx) identity hearing

( ) preliminary examination

(✓) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_Ricky Moton_
Defendant

12-18-00
Date

_____
Defense Counsel

%AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

FILED
CHARLOTTE, N. C.

DEC 1 8 2000

U.S. DISTRICT COURT
W. DIST. OF N. C.

_____Western_____ District of _____North Carolina_____

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

Ricky Moten

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 00-6343 | 3:00M273 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. §    846, and 841(a)(1)

**DISTRICT OF OFFENSE**    Southern District of Florida

**DESCRIPTION OF CHARGES:**

Conspiracy to possess with intent to distribute and possession with intent to distribute cocaine, crack cocaine and marijuana

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel    ☐ Federal Defender Organization    ☒ CJA Attorney    ☐ None |
| Interpreter Required? | ☒ No    ☐ Yes    Language: |

_____Western_____ **DISTRICT OF** _____North Carolina_____

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

12/18/00
Date                                United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

3

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA TERRENCE J. THOMPSON  DEA S/A Doug McElwain 489-1889

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

RICKY MOTEN

TO: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

CASE NUMBER:

00-6343
CR-ZLOCH

MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest _RICKY MOTEN_
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to possess with intent to distribute and possession with intent to distribute cocaine, crack cocaine, and marijuana

In violation of Title __21__ United States Code, Section(s) 846, and 841(a)(1)

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial Detention Recommended

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

December 7, 2000, Fort Lauderdale; Florida
Date and Location

by LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at ||||
| DATE RECEIVED Arrested | NAME AND TITLE OF ARRESTING OFFICER DEA | SIGNATURE OF ARRESTING OFFICER |

DEC 13 2000 12:43 FR DEA CHARLOTTE RO    7047702051 TO 93446629    P.01/07
11/08/00 FRI 14:46 FAX 9544891901                                    ⌀009

65-60·0088

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____
21 USC 841(a)(1)
21 USC 846
18 USC 2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LINDON JOHNSON, | ) |
| a/k/a "Pablo," | ) |
| a/k/a "Tommy", | ) |
| MOSI GRANT, | ) |
| a/k/a "Pepe," | ) |
| a/k/a "Spanky," | ) |
| RICKY MOTEN, | ) |
| VINCENT HAUGHTON, | ) |
| a/k/a "Junior," and | ) |
| TAMEKA JOHNSON, | ) |
| | ) |
| Defendants. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From on or about September 1, 1999, through on or about March 2, 2000, the exact dates being unknown to the Grand Jury, at Broward County, in the Southern District of Florida, and elsewhere,

DEC 13 2000 12:43 FR DEA CHARLOTTE RO    7047702051 TO 93446629    P.02/07
 12/08/00  FRI 14:46 FAX 9544891901                                 ☒010

>LINDON JOHNSON,
>a/k/a "Pablo,"
>a/k/a "Tommy",
>MOSI GRANT,
>a/k/a "Pepe,"
>a/k/a "Spanky,"
>RICKY MOTEN,
>VINCENT HAUGHTON,
>a/k/a "Junior," and
>TAMEKA JOHNSON,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to distribute Schedule II controlled substances, that is, at least five (5) kilograms of a mixture and substance containing cocaine and at least fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack" cocaine, and a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

### COUNT II

On or about January 16, 2000, at Broward County, in the Southern District of Florida and elsewhere, the defendants,

>LINDON JOHNSON,
>a/k/a "Pablo,"
>a/k/a "Tommy", and
>VINCENT HAUGHTON,
>a/k/a "Junior,"

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana; in violation of Title 21, United States Code, Section 841(a)(1); and Title 18, United States Code, Section 2.

### COUNT III

On or about March 2, 2000, at Broward County, in the Southern District of Florida and elsewhere, the defendants,

>        LINDON JOHNSON,
>        a/k/a "Pablo,"
>        a/k/a "Tommy",
>        MOSI GRANT,
>        a/k/a "Pepe,"
>        a/k/a "Spanky,"
>        RICKY MOTEN, and
>        TAMEKA JOHNSON,

did knowingly and intentionally possess with intent to distribute Schedule II controlled substances, that is, at least five (5) kilograms of a mixture and substance containing cocaine, and at least fifty (50) grams of a mixture and substance containing cocaine base, commonly known as "crack" cocaine; in violation

DEC 13 2000 12:43 FR DEA CHARLOTTE RO     7047702051 TO 93446629     P.04/07
12/08/00  FRI 14:47 FAX 9544891901                                    @012

of Title 21, United States Code, Section 841(a)(1); and Title 18,

United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

*Steven R. Peter* (signature)

GUY A. LEWIS
UNITED STATES ATTORNEY

(signature)

TERRENCE J. THOMPSON
ASSISTANT UNITED STATES ATTORNEY

DEC 13 2000 12:43 FR DEA CHARLOTTE RO     7047702051 TO 93446629     P.06/07
12/08/00 FRI 14:44 FAX 9544891801

## JENKIN's Case Timeline

Summer of 1998: JENKINS meets Lindon JOHNSON (AKA: PABLO and TOMMY).

September of 1999: JENKINS finds house located at Route 2, Box 324, Ridgeland, South Carolina, for Lindon JOHNSON to rent. JENKINS says that the phone electricity, and cable are in her name and that JOHNSON may have used an alias when he rented the house. Also at about this time JENKINS meets Lindon JOHNSON's friend Mosi GRANT (AKA: PEPE). JENKINS claims that during the course of her association with Lindon JOHNSON she sees him convert cocaine into crack cocaine at this house on 4 or 5 occasions, she also sees guns and money at the house. JENKINS says that JOHNSON is the one who converts the cocaine into crack and GRANT handles the accounting end of their drug trafficking.

November of 1999: Cadia GRITTON is approached by Vincent HAUGHTON (AKA: JUNIOR) who suggests that she transport marijuana to South Carolina for him.

December of 1999: HAUGHTON picks GRITTON up at her residence, gives her a package which she says contains cocaine, and takes her to the Hollywood train station. HAUGHTON provides GRITTON with a telephone number and description of Lindon JOHNSON who HAUGHTON tells GRITTON will met her at the train station in South Carolina. GRITTON catches a train to South Carolina where she is met by Lindon JOHNSON. Lindon JOHNSON takes her to his house where he converts the cocaine into crack cocaine. Ricky MOTON and Yvette JENKINS come to the house that night and GRITTON sees Lindon JOHNSON give MOTON crack cocaine.

Early the next morning HAUGHTON and GRANT arrive at Lindon JOHNSON's house. GRITTON said that all three had an interest in the cocaine she brought. GRITTON stays at the house for a couple of days and each day Lindon JOHNSON, HAUGHTON and GRANT go out together. GRITTON believes that they are selling the cocaine she brought up. GRITTON is paid $1000.00 by Lindon JOHNSON and then returns to Florida with two bundles of money that Lindon JOHNSON gave her. Lindon JOHNSON tells her that this money is the money he owes people in Miami for cocaine. GRITTON arranges a met with these people (who she describes as two Haitians) and gives them the money Lindon JOHNSON gave her.

Late December of 1999: JENKINS states that she met GRITTON and HAUGHTON at Lindon JOHNSON's house (both Lindon JOHNSON and GRANT are also present).

01/16/00: A man GRITTON knows only as SASSA picks her up at her house and takes her to the Hollywood train station. On the ride to the station SASSA gives her a package containing marijuana. GRITTON is arrested at the Yemassee, South Carolina train station and 7.6 pounds of marijuana is seized from her. GRITTON states that she was supposed to meet HAUGHTON at the train station and the marijuana was HAUGHTON's and Lindon JOHNSON's.

January 2000: JENKINS says that Lindon JOHNSON tells her that HAUGHTON was at the train station waiting for GRITTON when GRITTON was arrested. Lindon JOHNSON instructs JENKINS to call the police and find out what the charges against GRITTON are and what her bond is. JENKINS said that after GRITTON was arrested Lindon JOHNSON recruited her to transport drugs.

Late January/Early February: JENKINS drives with Lindon JOHNSON and GRANT to Miami. Stays at Holiday Inn. Later that day they return and pick her up and

soda, ammonia and Ajax. After both trips JENKINS said they returned to GRANT and Tameka JOHNSON's apartment.

The next day Lindon JOHNSON and GRANT pick JENKINS up, give her a suitcase and take her to the train station. JENKINS takes the train to Savannah, Georgia, where her boyfriend MOTON picks her up. JENKINS and MOTON return to JENKINS residence where Lindon JOHNSON and GRANT are waiting and they take the suitcase that she transported. A couple of days later JENKINS goes to Lindon JOHNSON's house and she sees brown tape that had ammonia and Ajax stuck to it in the trash can. A few days later JENKINS is paid $2000.00.

February of 2000: Lindon JOHNSON and JENKINS drive to Miami, Florida, together. Lindon JOHNSON told her during the drive that he was transporting money. Later that day Lindon JOHNSON, GRANT, and JENKINS travel to a house in Miami where Lindon JOHNSON and GRANT meet with two other men and JENKINS believes they gave them the money at that time.

03/01/00: JENKINS arrives at Ft. Lauderdale Airport and is met by Lindon JOHNSON and GRANT. Lindon JOHNSON and GRANT take JENKINS to hotel where a room has already been booked in her name. Later that evening Tameka JOHNSON and another female take JENKINS to GRANT and Tameka JOHNSON's apartment. At the apartment JENKINS sees Lindon JOHNSON and GRANT coming out of a bedroom with a microwave and masks on their faces that cover their nose and mouth. Shortly after this Lindon JOHNSON offers JENKINS $2000.00 to bring a bag back to South Carolina.

04/02/00: At approximately 6:00 a.m., Tameka JOHNSON calls JENKINS and tells her that Lindon JOHNSON said that she should get up and get ready. GRANT and Tameka JOHNSON pick JENKINS up at her hotel and take her to GRANT and Tameka JOHNSON's apartment. During the drive there they tell JENKINS that they already dropped Lindon JOHNSON off at the airport. At the apartment Tameka JOHNSON and JENKINS talk about Lindon JOHNSON and JENKINS returning in two weeks with the money they are going to make from selling the drugs that JENKINS was going to transport. GRANT retrieves the bag containing the cocaine from the apartment he shares with Tameka JOHNSON. Tameka JOHNSON stays at the apartment and GRANT drives JENKINS to the Hollywood train station. On the way there GRANT gives JENKINS $700.00 ($500.00 for her airline ticket and $200.00 for her train ticket). JENKINS said that Tameka JOHNSON had already made the reservations and given her the names they were under and a telephone number to use if she was asked for one. JENKINS was arrested at the Hollywood train station and approximately 5 kilograms of cocaine and 133 grams of crack cocaine (JENKINS daughter was also with her when she made this trip).

During an interview on May 22, 2000, JENKINS implicates her boyfriend Ricky MOTON. JENKINS says that from September of 1999, to February of 2000, MOTON is distributing crack cocaine in South Carolina that is fronted to him by Lindon JOHNSON. JENKINS estimates that MOTON was averaging sales of $10,000.00 per week.