AO 442 (Rev. 12/85) Warrant for Arrest   AUSA TERRENCE J. THOMPSON    DEA S/A Doug McElwain 489-1889

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**   527537

UNITED STATES OF AMERICA

v.

RICKY MOTEN

TO: **The United States Marshal and any Authorized United States Officer**

## WARRANT FOR ARREST

**CASE NUMBER:**

**00-6343-CR-ZLOCH**

**MAGISTRATE JUDGE SELTZER**

YOU ARE HEREBY COMMANDED to arrest _____ RICKY MOTEN _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   Conspiracy to possess with intent to distribute and possession with intent to distribute cocaine, crack cocaine, and marijuana

SOUTHERN DISTRICT OF FLORIDA
FT. LAUD. OFFICE
DEC -7 PM 4: 02

UNITED STATES MARSHAL
RECEIVED

in violation of Title __21__ United States Code, Section(s) **846, and 841(a)(1)**

CLARENCE MADDOX
Name of Issuing Officer

[signature]
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

December 7, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $ Pre-trial Detention Recommended

by [signature] LURANA S. SNOW, U.S. Magistrate Judge
Name of Judicial Officer

JAN -3 A 9:32

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Charlotte, NC |

| DATE RECEIVED<br>12/7/00 | NAME AND TITLE OF ARRESTING OFFICER<br>**James A. Tassone**<br>**United States Marshal**<br>**Southern District of Florida** | SIGNATURE OF ARRESTING OFFICER<br>[signature]<br>**Glenn Morgan, ASDUSM** |
|---|---|---|
| DATE OF ARREST<br>12/13/00 | | |