-cr-06343-WJZ Document 47 Entered on FLSD Docket 01/19/2001 P

FILED by D.C.
JAN 1 8 2001
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 16488-058

UNITED STATES OF AMERICA )
    Plaintiff ) Case Number: CR 00-6343-CR-ZLOCH
                             ) REPORT COMMENCING CRIMINAL
    -vs-                     )            ACTION
                             )
RICKY MOTON                  )
    Defendant

***

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

***

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1-18-01  am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: PWID COCAINE & MARIJUANA

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 10-28-72

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [ ] NO

    Amount of Bond: $ _____
    Who set Bond: _____

(7) Remarks: _____

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: USMS  (11) Phone: _____

(12) Comments: _____

47