**COURT MINUTES**

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

FILED by

JAN 1 8 2001

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | | |
|---|---|---|
| DEFT: RICKY MOTON (J) #16488-058 | CASE NO: 00-6343-CR-ZLOCH | |
| AUSA: TERRY THOMPSON | ATTY: | |
| AGENT: | VIOL: 21:841(a)(1) | |
| PROCEEDING: I/A ON INDICTMENT | RECOMMENDED BOND: PTD | |
| BOND HEARING HELD - yes / no | COUNSEL APPOINTED: _Ana Jhenis_ - CJA | |
| BOND SET @: | To be cosigned by: | |

❑  Do not violate any law.

❑  Appear in court as directed.

❑  Surrender and / or do not obtain passports / travel documents.

❑  Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❑  Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑  Maintain or seek full - time employment.

❑  No contact with victims / witnesses.

❑  No firearms.

❑  Curfew: _____.

❑  Travel extended to: _____.

❑  Halfway House _____.

*Advised of Charges*
*sworn for counsel*

*CJA Counsel to*
*be appt'd*

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | 1-23 | 9:30 | B.SS | ✓ |
| PRELIM/ARRAIGN. OR REMOVAL: | 1-23 | 9 30 | B.SS | ✓ |
| STATUS CONFERENCE: | | | | |

| DATE: | 1/18/01 | TIME: | 11:00 | FTL/LSS TAPE # 01 - 006 | Begin: 227 | End: 383 |

48