IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6343-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICKY MOTEN, et.al.

    Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Ana M. Jhones, after having been appointed pursuant to the Criminal Justice Act, who hereby enters her appearance as Counsel to the Defendant, Ricky Moten, in the above-entitled proceedings.

I HEREBY CERTIFY that a copy of the foregoing was furnished, by mail, to Terry Thompson, Assistant US Attorney, 500 East Broward Blvd., Ft. Lauderdale, FL. 33606-1704, this ____ day of January, 2001.

Respectfully submitted,



ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
         (954) 537-5565 Broward
Fax    : (305) 374-3414 Dade Fax
         (954) 568-1870 Broward Fax

BY:_____
  Florida Bar #771170