

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-Zloch

UNITED STATES OF AMERICA

vs

Ricky Moten

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 1-23-01, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: In Custody

Telephone: _____

DEFENSE COUNSEL: Name: Ana Jhones

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ PTD Ordered this date

Bond hearing held: yes _X_ no ___ Bond hearing set for _____

Dated this __23__ day of ___January___, 20 _01_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 01--002,003

cc: Clerk for Judge
 U. S. Attorney
 Defense Counsel
 Pre-Trial Services