COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Ricky Moten (J)# | CASE NO: | 00-6343-CR-Zloch |
| AUSA: | Terry Thompson / Dana Washington | ATTNY: | Ana Jhones *present.* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Arraignment/PTD HEARING | BOND REC: | |
| BOND HEARING HELD — yes/no | | COUNSEL APPOINTED: | |

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED BY ___ INTAKE ___ D.C.
JAN 23 2001
CLARENCE MALDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x/s a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
     ___ Electronic Monitoring

Rpt... of... waived
... entered
... control
... Color requested

No tapes or
transcripts
Govt proceeds by proffer —
risk of flight + danger.

Agent sworn — Troy Mihoke
DEA

PTD ordered — danger
+ flight

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 2-7-01 | 11:0a0m | LSS | |
| DATE: | 1-23-01 | TIME: 9:30am | TAPE 01-002 / 01-003 PG # | |

2803 - 3633
01-003

58