IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number: 00-6343-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICKY MOTEN, et.al.

    Defendant.
_____/

### REVISED NOTICE OF APPEARANCE OF COUNSEL

COMES NOW Ana M. Jhones, after having been appointed pursuant to the Criminal Justice Act, who hereby enters her revised appearance as Counsel to the Defendant, Ricky Moten, in the above-entitled proceedings.

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
          (954) 537-5565 Broward
Fax    : (305) 374-3414 Dade Fax
      (954) 568-1870 Broward Fax

BY:_____
    Florida Bar #771170

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _6th_ day of _February_, 2001, to the following counsel of record:

Dana Washington
Assistant US Attorney
500 East Broward Blvd., 7th Floor
Ft. Lauderdale, FL.  33306-1704
Phone: 954-356-7255
Fax: 954-356-7336

David J, Joffe, Esq.
Counsel for **Lindon Johnson**
2900 Bridgeport Avenue
Suite 401
Coconut Grove, FL.  33133
Phone: 305-446-5886
Fax: 305-446-5856

Robert N. Berube
Counsel for **Mosi Grant**
Federal Public Defender's Office
101 NE 3rd Avenue, Suite 202
Ft. Lauderdale, FL  33301-1145
Phone: 954-356-7436
Fax: 954-356-7556

Emmanuel Perez
Counsel for **Tameka Johnson**
2121 Ponce de Leon Blvd., Suite #9
Coral Gables, FL.  33134-5222
Phone: 305-442-7442
Fax: 305-441-9218