HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

FILED by ____ D.C.
FEB - 7 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __ROBERT MILAT (no deft)__ CASE NO: __01-8001-CR-Dimitrouleas__

AUSA __Karen Atkinson__ ATTY ~~WRM~~ I. Lichter
01-010 (1972-2109)

- Discovery out
- motions due 2/21/01

DEFT __MILI TUDOR (no deft.)__ CASE NO: __01-8001-CR-Dimitrouleas__

AUSA __Karen Atkinson__ ATTY ~~Valentin Rodriguez~~ by Joseph Reppecci
01-010 (1972-2109)

- Discovery out
- motions due 2/21/01

DEFT __RICKY MOTEN (no deft.)__ CASE NO: ✓00-6343-CR-Zloch ✓

AUSA __Dana Washington__ ATTY __Ana Jhones__
01-010 (2109-2180)

- Discovery Out
- no pending motions
- NO Tapes
- 3-5 Days to Try

DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DEFT_____ CASE NO:_____

AUSA_____ ATTY_____


DATE __February 7, 2001__ TIME __11:00 A.M.__

64