UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,          :

        Plaintiff,            :

v.                                 :

RICKY MOTEN,                       :

        Defendant.            :
_____

**STATUS REPORT**

A status conference was held in this cause on February 7, 2001. At that conference, the parties informed the Court as follows:

1. Discovery has been provided, and motions shall be filed pursuant to the Standing Discovery Order.

2. This case should be ready for trial.

DATED at Fort Lauderdale, Florida, this 9th day of February, 2001.

                              LURANA S. SNOW
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Dana Washington (FTL)
Ana Jhones, Esq.