UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
DKTG
MAR 0 9 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6343-Cr-Zloch    DATE 3-9-01

CLERK Carline Newiby    REPORTER Carl Schanzleh

PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. Linden Johnson, Mosi Grant, Ricky Moten, Tameka Johnson

U. S. ATTORNEY Dana Washington    DEFT COUNSEL David Joffe, Ana Jhones, Sam MASR, Emmanuel Perez

DEFENDANT:    PRESENT ___    NOT PRESENT ___    ON BOND ___    IN CUSTODY ___

REASON FOR HEARING    Calendar Call

RESULT OF HEARING    Deft Grant's mtn to continue granted. All time excluded until trial actually commences —

JUDGMENT

CASE CONTINUED TO _____    TIME _____    FOR _____

MISC    3-4
Custody

70