UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6343-CR-ZLOCH

FILED by _____ D.C.

MAR 21 2001

UNITED STATES OF AMERICA

      V.                               NOTICE

RICKY MOTEN

TYPE OF CASE                CRIMINAL

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                                COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        March 26, 2001 at 1:30 PM

**CHANGE OF PLEA   - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                             CLARENCE MADDOX
                                             CLERK OF COURT

                                             BY DEPUTY CLERK

DATE: March 21, 2001

cc:
Dana Washington, Esq., AUSA
Ana Jhones, Esq.

