UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
MAR 2 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6343-CR-Zloch   DATE 3-26-01
CLERK Carlene Newby   REPORTER Carl Schanzleh
PROBATION _____ INTERPRETER _____

UNITED STATES OF AMERICA V. Ricky Mote

U. S. ATTORNEY Dana Washington   DEFT COUNSEL Ana Jhanes

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Change of Plea to Count 1-

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged Deft guilty to Count 1

CASE CONTINUED TO 6-22-01 TIME 11:00 FOR Sentencing

MISC Written Plea Agreement-

75