UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

    V.

RICKY MOTEN

    Defendant

_____

ORDER

THIS MATTER is before the Court upon Defendant, Ricky Moten's Motion To Reset Sentencing (filed April 5, 2001). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned Motion is hereby GRANTED. Sentencing of the defendant RICKY MOTEN is hereby reset to June 21, 2001 at 9:39 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____5th____ day of April, 2001.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

cc:
Dana Washington, Esq., AUSA
Ana Jhones, Esq.
Probation