IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case Number 00-6343-CR-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICKY MOTEN.

        Defendant.
_____/

## DEFENDANT RICKY MOTEN'S SUBMISSION OF CHARACTER REFERENCE LETTERS FOR PURPOSES OF SENTENCING

COMES NOW, the Defendant, RICKY MOTEN, by and through his undersigned counsel, who hereby files these Character Reference Letters For Purposes of Sentencing: The submission is as follows:

### *(1) CHARACTER REFERENCE LETTERS*

    a) PETER EADY - Cousin

    b) BAHIYAH LADON - Fiancee

    c) ALICE MOTEN - Mother

    d) ELIZABETH MOTEN - Sister

    e) VIOLA H. EADY - Aunt

    f) BEVERLY LADSON - Fiancee's mother

    g) THELMA LADSON - Fiancee's grandmother

I HEREBY CERTIFY that a copy of the foregoing was mailed Dana O. Washington, AUSA, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale FL and to Edward Cooley, United States Probation Officer, 299 East Broward Boulevard, Room 409, Fort Lauderdale FL 3330-1865, and to the Defendant, Ricky Moten, Reg #16488-058, FDC Miami, PO Box 019120, Miami, Florida, 33101-9120 on this **6th Day of June, 2001**,

Respectfully submitted,

ANA M. JHONES
Attorney at Law
Bayside Plaza, Suite 625
330 Biscayne Boulevard
Miami, FL 33132
Telephone: (305) 374-4919 Dade
             (954) 537-5565 Broward
Fax      : (305) 374-3414 Dade Fax
             (954) 568-1870 Broward Fax

BY: _____

FOR: Ana M. Jhones
Florida Bar #771170

2



**UNITED STATES MARINE CORPS**
MARINE CORPS RECRUIT DEPOT/EASTERN RECRUITING REGION
PO BOX 19001
PARRIS ISLAND, SOUTH CAROLINA 29905-9001

5800
PMO

From: Corporal Eady, Peter 251 41 6906/0151
To:   Honorable William J Zloch, US District Judge, United States
      District Court, 299 E. Broward Blvd., Ft. Lauderdale, FL
      3301

Subj: REGARDING THE SENTENCE HEARING OF RICKY MOTON CASE NUMBER:
      00-6343-CR-ZLOCH

Your Honor,

My name is Peter Lamont Eady, I am a Corporal in the United States Marines Corps. I have been in the military for three years. I also attend night school at the University of South Carolina of Beaufort, in hopes of obtaining my bachelors degree in criminal justice, I am currently stationed in Parris Island South Carolina, and the defendant Ricky Moton is a very close relative of mine, and I am submitting this letter on his behalf. By no means am I trying to embellish this letter with details of events that may propitiate or sway any member of the jury, I want everything to be very lucid. I have grown with the defendant since childhood and he has always been the older brother for me and has been there for me when father has run out on my family. Ricky was the only one my relatives to encourage me to do something with my life, and use what I have gone through as a propeller to elevate me to next level in my life. I am the only person in my entire family to ever join the military and attend college and I owe all of that to the Ricky Moton, he has been a positive influence in life, and has kept me headed in the right direction even when he himself has may have been digressed. That is the only reason I feel obligated to send this on his behalf. Ricky taught me to believe in myself and help myself first but do not rely on help from other, and don't go through life looking for handouts and it is those beliefs that have guided me to where I am today. Ricky and I were both fatherless he was force into the role of being a sole provider early, faced with that kind of responsibility at such an early age meant having to leave school and start working to provide for his family. I do not know the degree of this incident but I do know that everyone deserves a chance to begin a new; just because you can only experience a physical birth once does not mean that you cannot be reborn spiritually. Ricky has gone though some dramatic changes in his life and he had already straightened his life out once and then this whole situation came about. The phoenix is a bird that has died and been born again and that describes Ricky and the changes he has gone through in life, not only gone through but he has also

learned from them all. They say experience is the best teacher if that is true then Ricky has already graduated from the University of Life and is ready for the anything that can be thrown his way. I hope that Ricky is given another chance to be reborn and I know that he will come back to society and contribute to building the United States of America to its great potential.

***SEMPER FIDELIS***

*P. L. Eady*

P. L. EADY

**LETTER "A"**



**Bahiyah Ladson**
**1410-K Springmount Lane**
**Charlotte, NC 28208**

To: The Honorable William J. Zloch
   U.S District Judge, United States District Court
   299 E Broward Blvd.
   Ft.Lauderdale, FL 33301

Dear Judge William J. Zloch,

My name is Bahiyah Ladson, I am a full time employee of GYM Management in Charlotte, NC, a part time employee of Charles Grayson Spa and a part time student at Universal College of Beauty. I am Ricky Moton's Fiance. I have known Ricky for about three in a half years. We have lived together for a little over six months,throughout that time I've gotten to know Ricky very well, well enough to know that he is very hard working, trustworthy and honest.

Ricky and I share a honest and open relationship. Besides a few traffic tickets I have never known Ricky to be in trouble with the law. There was a time when he hung with the wrong group of people, but that stopped when we moved to Charlotte to have a better life. Ricky worked everyday and sometimes over time to help me finish school. Ricky is very thoughtful and considerate of people. He enjoys being with his son,neices,and newhews.They look up to Ricky and Respect him alot.Ricky is considered to be a very friendly guy and is always willing to go that extra mile to help people.

Ricky is a good guy he has alot of ambition and goals for the future.He is planning to go to school for Business Management to help me open a hair salon. He wants to speak out to teen boys and his son about staying out of jail and how drugs can ruin their future.

I believe that Ricky was a change man before he got encarserated and is a better man now. I think he did his time he is being punished and learned from his experience in jail. He realize that he made the wrong choses in the past. He also realize how good God is because he is helping him get through this and guiding him on the right path. I believe in my heart that because Ricky has chosen to allow God to lead his life he will never have a encounter with the law again.

Ricky is a good person who was trying to start his lfe over and put the past

behind him. He was trying very hard to become a better person. He often told me how grateful he was to me for showing him the right way of life.and how happy his mother was that he was living a better life and doing something positive with his self.

      Ricky was in process of changing his life and I think because of that he deserves a second chance. We love him and miss him dearly, but with the help of God we are awaiting his return home.

I Thank you for taking time out to read a little about Ricky Moton. Who I know and not just the mistake he made.

Sincerely,

*Bahiyah Jackson*

**LETTER "B"**

**Alice H. Morton**

May 21, 2001

Dear Sir or Madam:

Ricky is a person whom I am proud to call my son. He's a well-mannered young man. One who never disrespected me. He's the proud father of one son whom he loves and cares for dearly. He's a hard and diligent worker. He was employed on Hilton Head for numerous years, and the employee of a boss who loved, respected, and cared for not only as an employee, but also as a friend. Ricky has infused a great deal of joy and happiness in my life. He has not only brought joy to my life, but everyone he associated with. Ricky is a very well liked person in our community. So I Alice Morton is proud to say that I'm the mother of a superior son.

Sincerely,

Alice Morton               LETTER "C"



**Elizabeth Moton**
**P.O. Box 44**
**Garnett, SC 29922**

Honorable William T. Zloch
U.S. District Judge
U.S. District Court
299 E Broward Blvd.
 Ft. Lauderdale, FL 33301

Dear Sir,

    My name is Elizabeth Moton. Ricky Moton is my older brother. And I've always had my brother Ricky to lean on from a little girl, following him around until now as an adult to help me and my kids. Ricky is a very good brother and uncle and I miss him and need him very much.

    Ricky is a good person, Honest, Dependable and Trustworthy Law abiding type. Ricky is very Thoughtful as the older brother in a single parent home. Ricky was like a father type brother, he did what he could to help my mother and other brother and sisters and me. Ricky had to grow up fast because he did not want our Mother to work so hard to raise us all.

    Ricky always had a job. My brother enjoyed life with his family and son. He is very good with the kids and well liked by all. It's sad that my brother is not among us, things are not the same without him. I think that keeping my brother behind bars is a big mistake. Ricky has change in so many ways he just need a chance to show it. He's changed his life completely. He has a wife to be, a son and a host of friends and family who love him dearly. and is waiting for his return back home where he needs to be. God only knows how much we miss him and need him with us.

    Sincerely yours,
    Elizabeth Moton

**LETTER "D"**

Honorable Judge Zloch,

My nephew Ricky Moton is like one of my own children. When Ricky was born I was there. I watch as he grew from childhood to adulthood. Ricky was always a good, quiet, and well mannered young man. He was raised by his mother and his step-father whom later left the family. At an early age Ricky became employed to help out his mother and to help support his siblings. He have always been the type to help anyone in need.

Ricky never was a disrupted or trouble person. He was never in gangs or never got into trouble at school. Ricky was never a person to make trouble, but try and help people or person that was in trouble.

Finally, Ricky is a descent young man with one son. He always supported his son physically, mentally, and financially. But most of all his love his son as he love himself.

I am always admiring how he took cared of his son. I am also a proud parent of 6 children. I have one in the Marine Corp in Beaufort, S.C. and my only two (2) daughter are employed with the South Carolina Dept. of Correction in Ridgeland and Allendale, S.C. My three (3) youngest sons are in middle and High School and are doing well. I also treat Ricky as one of my son, I love him very much and so do his cousins.

A Concern Aunt,
Vida H. Eady

**LETTER "E"**

5-25-2001

TO: Honorable Williams J Zloch
US District Judge, United States
District Court, 299 E, Broward
Blvd, Ft Lauderdale Fl, 33301

My Name is Beverly Ladson I'm a Daycare provider, I'm writing on Behalf of Ricky Moton, I have know MR. Moton for around 2½ to 3 years. He's my Daughter Boyfriend. I have strong feelings for MR. Moton, He's Honest, Loyal, Law abiding, very Respectful, loving person. I'm a very sickful person, But when MR. Moton know that I'm sick he Brings my daughter to me even though is a five hour drive or he as to work he comes make sure that I'm okay. And to make my daughter Happy He's a wonderful, caring person. He's friendly. As a mother I can say that he's a son-in-law that I would love to have. MR. Moton is friendly and he's not a person that get's in trouble with the law. He befriended the wrong people to befriend. He works hard to live a good life. He works, he's trying to get a happy clean life with my Daughter. He' a wonderful person

Beverly Ladson

LETTER "F"

Rt. 2, Box 96
Ridgeland, S.C.
29936
843-258-5088

To the Honorable William J. Zloch
US District Judge, United States
District Court, 299 E. Broward Blvd.,
Fort Lauderdale, Fl 33301


Thelma Ladson
18 Marshland Rd.
Hilton Head Island
29926


    I am writing on behalf of Mr. Ricky Moten whom I've known for five years. I met Mr.Moten at his work place in Garage Station where he fixes cars. Mr. Moten was in charge of fixing my car where he stated what the problem was and how he can fix the problem. I had a chance to talk to him on a personal level as well. Mr. Moten was very polite and well mannered toward myself.
    Mr. Moten met my granddaughter Bayihah a year ago. I was pleased that she met a man such as Mr. Moten who made her happy. Afterward they became a couple. They would come by my house constantly and we began going to church every Sunday as a family. Bayihah moved to Charlotte, NC to attend college. Thereafter Mr. Moten job transferred him to Charlotte, NC as well. That made me happier knowing she would have Mr. Moten to be with.
    I know people may make mistakes in life, but ever since I've known Mr. Moten I heard good things about him from other people as well, myself. Mr. Moten always treated my Granddaughter with the outer most respect.
    I feel that Mr. Moten should not be Incarcerated, but Rehabilitation for what he knew, but not for what he did not do. Please Help Him.


                                                Thank You


                                            Thelma Ladson
                                            *Thelma Ladson* (signature)


**LETTER "G"**