FILED by _____ D.C.
JUN 21 2001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6343-CR-Zloch  DATE 6-21-01
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION Ed Cooley  INTERPRETER _____

UNITED STATES OF AMERICA v. Ricky Moten

U. S. ATTORNEY Dana Washington  DEFT COUNSEL Ana Thenes

DEFENDANT: (PRESENT)  NOT PRESENT  ON BOND  (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct's mtn for downward departure granted. Ct 1 - 72 months custody of BOP - 3 yrs supervised release. $100 assessment. Spec
JUDGMENT Conds - Participate in Drug/Alcohol abuse program - Ct recommends Butner, NC or Est'll, S.C
Ana Thenes appointed for appeal -

CASE CONTINUED TO _____ TIME _____ FOR _____
Cts 2 & 3 dismissed

MISC _____

103