# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

FILED by _____ D.C.
JUN 2 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| RICKY MOTEN | Case Number: **00-6343-CR-ZLOCH** |
| | Counsel For Defendant: **ANA JHONES, ESQ.** |
| | Counsel For The United States: **DANA WASHINGTON, ESQ., AUSA** |
| | Court Reporter: **Carl Schanzleh** |

**THE DEFENDANT:**

[X] pleaded guilty to count one

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21:846 conspiracy to distribute at least five kilograms of cocaine, 50 grams of cocaine base and a quantity of marijuana | | 3/00 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Counts remaining are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **10/28/72**
Defendant's USM Number: **16488-058**

Defendant's Residence Address:
1410-K SPRINGMONT LANE

CHARLOTTE, NC 28208

Defendant's Mailing Address:
1410-K SPRINGMONT LANE

CHARLOTTE, NC 28208

6/21/01
Date of Imposition of Judgment

Signature of Judicial Officer

**William J. Zloch**
*Chief U.S. District Court Judge*

Date 6/22/01

DEFENDANT: **MOTEN, RICKY**
CASE NUMBER: **00-6343-CR-ZLOCH**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 72 months.

[X] The Court makes the following recommendations to the Bureau of Prisons: Butner, N.C. or Estill, S.C.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

  [ ] at _____ a.m. / p.m. on _____

  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

  [ ] before 2:00 p.m. on

  [ ] as notified by the United States Marshal.

  [ ] as notified by the Probation or Pretrial Services Office.

BOP    7/23/01

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy U.S. Marshal